UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENITO O. GUMBS,

Plaintiff,

-against-

THE STATE OF NEW YORK et al,

Defendants.

26-CV-181 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 7, 2026, the Court directed Plaintiff, within thirty days, to submit an updated prisoner authorization or pay the fees required to file a civil action in this court.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an updated prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: August 24, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

[1] The Court twice sent Plaintiff a prisoner authorization form that authorizes this Court to receive disbursements of the filing fee: first on May 22, 2026, then again on July 7, 2026. The prisoner authorization forms Plaintiff has submitted do not authorize this Court to receive disbursements.