UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENITO O. GUMBS,<br><br>Plaintiff,<br><br>-against-<br><br>THE STATE OF NEW YORK ET AL,<br><br>Defendants. | 26-cv-0181 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 24, 2026, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 28, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge